1062

[No. 63983-8-I.   Division One.   September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWAYNE C. MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12061-5, Jim Rogers, J., entered July 24, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Spearman, JJ.

[No. 64027-5-I.   Division One.   September 20, 2010.]

ELEANOR DOERMANN, *Respondent*, v. SUSAN RIVER IONE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-03559-8, Leonid Ponomarchuk, J. Pro Tem., entered July 20, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Ellington, JJ.

[No. 64039-9-I.   Division One.   September 20, 2010.]

PEI EN WU, *Appellant*, v. KEITH W. MATHEWS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-40509-9, John P. Erlick, J., entered July 24, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 64163-8-I.   Division One.   September 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RENWICK RANDUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04938-8, Michael Hayden, J., entered August 17, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.